IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

RAMSEY PRODUCTS CORPORATION )
)
Plaintiff, )
)
vs. ) Case No. 3:17-cv-617-FDW-DCK
)
PENNINE INDUSTRIAL EQUIPMENT, LTD )
)
Defendant. )

**CONSENT JUDGMENT**

THIS CAUSE coming on to be heard and being heard upon the joint request of the parties that a CONSENT JUDGMENT of trademark infringement pursuant to Count II of the Complaint filed in this matter be entered by this Court as part of a settlement of this civil action, and it appearing to the Court upon joint representations of the parties that:

1. The Plaintiff Ramsey Products Corporation ("Ramsey") is the owner of United States Trademark Registration Nos. 3,350,282 and 3,356,965 for "Hyperlink" and "Hyperlink + Design, and that these trademark registrations are valid and subsisting;

2. That as alleged in the Complaint Pennine Industrial Equipment, Ltd. ("Pennine") has advertised and offered for sale and sold products in the United States bearing the trademark "Hyperdrive", asserted by Ramsey in the Complaint to be an

infringement of United States Trademark Registration Nos. 3,350,282 and 3,356,965 for "Hyperlink" and "Hyperlink + Design;

3. That Ramsey and Pennine have agreed to a settlement of all claims arising out of the infringement as alleged in the Complaint, contingent on an acknowledgement by Pennine that Pennine's advertisements, offers for sale and sales in the United States of products bearing the trademark "Hyperdrive" are infringements of Ramsey's trademark rights under its United States Trademark Registration Nos. 3,350,282 and 3,356,965 for "Hyperlink" and "Hyperlink + Design and Pennine's consent to entry of this CONSENT JUDGMENT on Count II of Ramsey's Complaint.

4. This Court has personal jurisdiction over the parties to this Civil Action and subject matter jurisdiction over the claim for trademark infringement as alleged in the Complaint pursuant to 15 U.S.C. § 1051 *et seq*.

THEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Based upon Pennine's CONSENT as set out below, the Court hereby enters Judgment in Ramsey's favor on its claim for trademark infringement set forth in the Complaint as "Count II – Federal Trademark Infringement and Unfair Competition, 15 U.S.C. §§ 1114, 1125."

2. This Court retains jurisdiction of this action regarding any future dispute between the parties arising out of the allegations contained in the Complaint.

3. The Clerk of Court shall enter this JUDGMENT on the Judgment rolls of this Court.

This the 30 day of November, 2017.

By: _____
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

CONSENTED TO:

PENNINE INDUSTRIAL EQUIPMENT, LTD.

By: _Graham K Hobbs_

Name: _GRAHAM K. HOBBS_

Title: _MANAGING DIRECTOR_


RAMSEY PRODUCTS CORPORATION

By: _William C. Hall_

Name: _WILLIAM C. HALL_

Title: _PRESIDENT_